IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA STEMPIEN, et al.,

    Plaintiffs,

v.

ELI LILLY AND COMPANY and MCKESSON CORPORATION,

    Defendants.

MICHAEL COONLEY, et al.,

    Plaintiffs,

v.

MCKESSON CORPORATION and ELI LILLY AND COMPANY,

    Defendants.

NO. C06-1811 TEH

ORDER GRANTING MOTION TO RELATE CASE AND ORDER STAYING CASE NO. C07-1920

NO. C07-1920 JCS

These matters come before the Court on Defendant Eli Lilly and Company's motion to relate *Coonley, et al. v. McKesson Corporation, et al.*, Case No. 07-1920 JCS, to *Stempien, et al. v. Eli Lilly and Company, et al.*, Case No. 06-1811 TEH. Neither set of plaintiffs objected to Eli Lilly's motion, and the time for filing a response to the motion under Civil Local Rule 3-12 has now expired.

Having reviewed Eli Lilly's papers, the Court finds that the two cases meet the requirements for relation under Civil Local Rule 3-12, and Eli Lilly's motion to relate cases is therefore GRANTED. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign *Coonley* to the undersigned judge. Counsel are instructed that all future filings shall bear the initials "TEH" immediately after the case number.

IT IS FURTHER ORDERED that *Coonley* shall be STAYED for the reasons set forth in this Court's May 4, 2006 order in *Stempien* (Case No. 06-1811, docket no. 26).

**IT IS SO ORDERED.**

Dated: 04/17/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT