IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA STEMPIEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY and MCKESSON CORPORATION,<br><br>    Defendants. | NO. C06-1811 TEH<br><br>ORDER GRANTING MOTION TO RELATE CASE AND ORDER STAYING CASE NO. C07-1920 |
| MICHAEL COONLEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION and ELI LILLY AND COMPANY,<br><br>    Defendants. | NO. C07-1920 JCS |

These matters come before the Court on Defendant Eli Lilly and Company's motion to relate *Coonley, et al. v. McKesson Corporation, et al.*, Case No. 07-1920 JCS, to *Stempien, et al. v. Eli Lilly and Company, et al.*, Case No. 06-1811 TEH. Neither set of plaintiffs objected to Eli Lilly's motion, and the time for filing a response to the motion under Civil Local Rule 3-12 has now expired.

Having reviewed Eli Lilly's papers, the Court finds that the two cases meet the requirements for relation under Civil Local Rule 3-12, and Eli Lilly's motion to relate cases is therefore GRANTED. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign *Coonley* to the undersigned judge. Counsel are instructed that all future filings shall bear the initials "TEH" immediately after the case number.

IT IS FURTHER ORDERED that *Coonley* shall be STAYED for the reasons set forth in this Court's May 4, 2006 order in *Stempien* (Case No. 06-1811, docket no. 26).

**IT IS SO ORDERED.**

Dated: 04/17/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2